UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ALEXANDER VILLALTA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>　　　　Defendants. | Case No. 17-CV-05390-LHK<br><br>**ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE**<br><br>Re: Dkt. No. 19 |

The parties' "Stipulated Request for Order Extending Briefing Schedule regarding Petitioner's Motion for Attorney's Fees Pursuant to the Equal Access to Justice Act" (ECF No. 19) is GRANTED. Respondents shall respond to Petitioner's motion for attorney's fees by February 15, 2018. Petitioner may file a reply by February 22, 2018. The hearing on Petitioner's motion for attorney's fees remains set for March 8, 2018.

**IT IS SO ORDERED.**

Dated: January 12, 2018

　　　　　　　　　　　　　　　　　　　*Lucy H. Koh*
　　　　　　　　　　　　　　　　　　　LUCY H. KOH
　　　　　　　　　　　　　　　　　　　United States District Judge

1

Case No. 17-CV-05390-LHK
ORDER GRANTING STIPULATED REQUEST FOR ORDER EXTENDING BRIEFING SCHEDULE