UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MOISES ALEXANDER VILLALTA,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>JEFFERSON SESSIONS, et al.,<br><br>　　　　Respondents. | Case No. 17-CV-05390-LHK<br><br>**ORDER DENYING AS MOOT PETITIONER'S MOTION FOR ATTORNEYS' FEES**<br><br>Re: Dkt. No. 18 |

In light of the parties' settlement agreement regarding their dispute over attorneys' fees, *see* ECF No. 21-1, the Court DENIES as moot Petitioner's motion for attorneys' fees pursuant to the Equal Access to Justice Act (ECF No. 18).  The Court retains jurisdiction for purposes of enforcing the settlement agreement.  *See Kokkonen v. Guardian Life Ins. Co. of Am.*, 511 U.S. 375, 381–82 (1994).

**IT IS SO ORDERED.**

Dated: February 14, 2018

*Lucy H. Koh*
LUCY H. KOH
United States District Judge